ARTHUR W. DALTON, Respondent, v. THE DELAWARE AND HUDSON COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs.

CHARLES ROWE, Respondent, v. MARGARET PUTNAM and Others, Appellants. — Judgment unanimously affirmed, with costs.

WILLIAM R. TAYLOR and Another, Respondents, v. JACOB MCCHESNEY, Appellant.— Judgment unanimously affirmed, with costs.

In the Matter of the Proceeding under the Grade Crossing Elimination Act for the Elimination of the Existing Highway–Railroad Crossing at Grade of the Railroad Operated by the NEW YORK CENTRAL RAILROAD COMPANY and GOUVERNEUR–DEKALB STATE HIGHWAY No. 5283, and the Highway–Railroad Crossing Known as Hayes Crossing Located Respectively About 0.3 and 0.5 Miles North of DeKalb Junction Station in the Town of DeKalb, St. Lawrence County. THOMAS C. WILLIAMS, Appellant; PUBLIC SERVICE COMMISSION and Others, Respondents.— Order unanimously affirmed, without costs.

HELEN F. LAMPHRON, as Executrix, etc., of JOSEPH F. LAMPHRON, Deceased, Respondent, v. NEW YORK POWER AND LIGHT CORPORATION, Appellant.— Judgment and order unanimously affirmed, with costs.

CARRIE VAN KUREN (CARRIE BROWER), Respondent, v. ELI RUNDLE and Another, Appellants.— Order unanimously affirmed, with costs.

CHARLES M. PALMER, Respondent, v. INTERNATIONAL HARVESTER COMPANY OF AMERICA and CHARLES FINK, Appellants.— Judgment and order unanimously affirmed, with costs.

MICHAEL MATACCHIERO, an Infant, by NUNZIO MATACCHIERO, His Guardian ad Litem, Appellant, v. YELLOW ALBANY CAB Co., INC., and Another, Respondents. NUNZIO MATACCHIERO, Appellant, v. YELLOW ALBANY CAB Co., INC., and Another, Respondents.— Judgments reversed, on the law and the facts, and new trial granted, with costs, in one action, to the appellant to abide the event. All concur.

JOHN H. BURNS, Respondent, v. MAYER CRAMER, Appellant.— Judgment unanimously affirmed, with costs.

ELEANOR E. BALLARD, Respondent, v. ALLEN I. H. BENSON and Another, Defendants. FRANCES E. BALLARD, Respondent, v. ALLEN I. H. BENSON and Another, Defendants. JAMES R. BALLARD, Respondent, v. ALLEN I. H. BENSON and Another, Defendants. JAMES R. BALLARD, Respondent, v. ALLEN I. H. BENSON and Another, Defendants. CHARLES C. ANNABEL, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

In the Matter of the Application of LLOYDS FIRST MORTGAGE CORPORATION, Relator, for a Certiorari Order, against THOMAS M. LYNCH and Others, as and Constituting the State Tax Commission, Respondents.— Determination annulled, with fifty dollars costs and disbursements, on the authority of People ex rel. Banner L. Co. v. State Tax Comm. (244 N. Y. 159). All concur.

STANLEY BURGGRAAF, Respondent, v. LEONARD D. DICKINSON, Appellant. GERTRUDE D. C. BURGGRAAF, Respondent, v. LEONARD D. DICKINSON, Appellant. — Judgments and orders reversed, on the law, with costs, and complaints dismissed, with costs, in one action, on the ground that in both actions there is no proof of negligence on the part of the defendant, and in the action by Stanley Burggraaf the plaintiff was guilty of contributory negligence. All concur.

ANN M. SNYDER, Respondent, v. THE CITY OF BINGHAMTON, Appellant.